# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-3718
LT Case No. 2011-CF-1679

———————————————————

FREDDIE LEE GLOVER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Freddie Lee Glover, Milton, pro se.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

March 26, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————